# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICKY ASHLEY,**
also known as Ruler                                                                  **PLAINTIFF**

v.                            No. 4:18-cv-78-DPM

**BILLY ROY WILSON,**
**United States District Judge**                                        **DEFENDANT**

## ORDER

Ashley's mail is being returned undelivered. № 3 & № 4. If he doesn't update his address with the Clerk by 27 April 2018, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2018