# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICKY ASHLEY,**
**also known as Ruler**                                    PLAINTIFF

v.                           No. 4:18-cv-78-DPM

**BILLY ROY WILSON,**
**United States District Judge**                           DEFENDANT

## ORDER

Ashley's mail is still being returned undelivered; and the time for him to update his address has passed. № 5 & № 6. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2018