IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY ASHLEY,
also known as Ruler                                                             PLAINTIFF

v.                           No. 4:18-cv-78-DPM

BILLY ROY WILSON,
United States District Judge                          DEFENDANT

## JUDGMENT

Ashley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2018